# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AGGIE JOE GALLEGOS,

    Plaintiff,

vs.                                                  No. CIV-09-0298 ACT/WDS

MARTIN CHAVEZ et al.,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion in Limine: Mention of the January 13, 2009 Convictions for Possession of a Controlled Substance, Count I and Count 2 ("Motion in Limine")[Doc. 40], filed on January 3, 2011.  The Court, having received no response from the Defendants, will grant this Motion in Limine pursuant to D.N.M.LR 7.1(b).

**IT IS ORDERED** that Defendants' Motion in Limine is GRANTED.

                                            ALAN C. TORGERSON
                                            United States Magistrate Judge