**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AGGIE JOE GALLEGOS,

       Plaintiff,

vs.   No. CIV-09-0298 ACT/WDS

MARTIN CHAVEZ et al.,

       Defendants.

## ORDER

This matter is before the Court on Defendants' Motion in Limine to Exclude Irrelevant and Prejudical [sic] Reference to Face Book Posting, Rumors or Innuendo ("Motion in Limine")[Doc. 71], filed on April 12, 2011.  The Court, having received no response from the Plaintiff by April 18, 2011 as required in the Pre-Trial Scheduling Order [Doc. 63], will grant this Motion in Limine pursuant to D.N.M.LR 7.1(b).

    **IT IS ORDERED** that Defendants' Motion in Limine is GRANTED.

                                         **ALAN C. TORGERSON**
                                         **United States Magistrate Judge**